# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

JAMES E. WHITNEY, ADC #163817                               PLAINTIFF

v.                      NO. 5:17CV00199 JLH

DONALD TRUMP, PRESIDENT
OF THE UNITED STATES                                                 DEFENDANT

## **JUDGMENT**

Pursuant to the Order entered separately today, this action is dismissed with prejudice. This dismissal counts as a "strike" under 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal from this dismissal would not be taken in good faith.

IT IS SO ORDERED this 1st day of August, 2017.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE